UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RACHEL K. MCMILLAN,<br><br>                          Plaintiff,<br>     v.<br><br>THE CPRIDE GROUP LLC, et al.,<br><br>                          Defendants. | No.  2:21-CV-549-BJR<br><br>ORDER ON DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT |

      This matter comes before the Court on Defendants' Unopposed Motion for Extension of Time to File Responsive Pleading to Complaint.  Dkt. No. 17.  The Court GRANTS the motion and ORDERS that Defendants shall have until September 6, 2021 to answer or otherwise respond to Plaintiff's complaint.

      Dated:  August 2, 2021

                                              Barbara Jacobs Rothstein
                                              U.S. District Court Judge

ORDER - 1