UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RACHEL K. MCMILLAN,<br><br>           Plaintiff,<br>   v.<br><br>THE CPRIDE GROUP LLC, et al.,<br><br>           Defendants. | No. 2:21-CV-549-BJR<br><br>ORDER ON DEFENDANTS' SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT |

This matter comes before the Court on Defendants' Second Unopposed Motion for Extension of Time to File Responsive Pleading to Complaint. Dkt. No. 23. The Court GRANTS the motion and ORDERS that Defendants shall have until September 17, 2021 to answer or otherwise respond to Plaintiff's complaint.

Dated: September 8, 2021

_[signature]_
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER - 1