**Honorable Judge Rothstein**
**Trial Date: Not Set**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RACHEL K. MCMILLAN, <br><br> Plaintiff, <br><br> vs. <br><br> THE CPRIDE GROUP LLC, PRIDE GROUP NW LLC, CARLENE PRIDE, UNKNOWN JOHN DOE EMLOYEES OF DEFENDANTS, CARLENE PRIDE'S MARITAL COMMUNITY <br><br> Defendants. | NO. 2:21−cv−00549−BJR <br><br> **STIPULATION AND ORDER REGARDING BREIFING SCHEDULE FOR *DEFENDANTS' MOTION TO DISMISS, OR, IN THE ALTERNATIVE, TO REQUIRE SPECIFICITY OF CLAIMS* (DKT. # 26)** |

## I.  STIPULATION

Pursuant to *Standing Order for All Civil Cases* (Dkt. # 8) and *Minute Order* (Dkt. # 27), the parties conferred regarding the briefing schedule for *Defendants' Motion to Dismiss, or, in the Alternative, to Require Specificity of Claims* (Dkt. # 26) and now agree to the following stipulation. The parties stipulate and agree to the following:

(1) Plaintiff shall file and serve her response to *Defendants' Motion to Dismiss, or, in the Alternative, to Require Specificity of Claims* (Dkt. # 26) no later than November 8, 2021;

**STIPULATION AND ORDER RE: BRIEFING SCHEDULE OF DOCKET ITEM 26** - 1
NO. 2:21−cv−00549−BJR

THE BARTON LAW FIRM
1567 Highlands Dr NE Ste 110-34
Issaquah, WA 98029-6245
(425) 243-7960 TheBartonLawFirm@GMail.com

(2) Defendants shall file and serve their reply in support of *Defendants' Motion to Dismiss, or, in the Alternative, to Require Specificity of Claims* (Dkt. # 26) no later than November 22, 2021; and,

(3) The Court shall schedule the parties' FRCP 26(f) conference after the resolution of *Defendants' Motion to Dismiss, or, in the Alternative, to Require Specificity of Claims* (Dkt. # 26).

The parties note that Defendant has requested oral argument on *Defendants' Motion to Dismiss, or, in the Alternative, to Require Specificity of Claims* (Dkt. # 26).

The parties make this motion in good faith and do not believe any prejudice will result from the grant of this briefing schedule.

| | |
|---|---|
| EXECUTED in Issaquah, Washington this October 15, 2021. | EXECUTED in Portland, Oregon this October 15, 2021. |
| THE BARTON LAW FIRM | MARKOWITZ HERBOLD PC |
| /s/    John Barton | /s/    Jeffery M. Edelson |
| John G. Barton, WSBA No. 25323 | Jeffrey M. Edelson, WSBA #37361 |
| Attorney for Plaintiffs | Attorney for Defendants |
| 1567 Highlands Dr NE Ste 110-34 | 1455 SW Broadway, Suite 1900 |
| Issaquah, WA 98029-6245 | Portland, Oregon 97201 |
| (425) 243-7960 | (503) 295-3085 |
| TheBartonLawFirm@GMail.com | JeffEdelson@MarkowitzHerbold.com |

**STIPULATION AND ORDER RE: BRIEFING SCHEDULE OF DOCKET ITEM 26** - 2
NO. 2:21−cv−00549−BJR

THE BARTON LAW FIRM
1567 Highlands Dr NE Ste 110-34
Issaquah, WA 98029-6245
(425) 243-7960 TheBartonLawFirm@GMail.com

II. **ORDER**

Based upon the foregoing stipulation regarding the briefing schedule for defendants' *Motion to Dismiss, or, in the Alternative, to Require Specificity of Claims* (Dkt. # 26), the Court hereby ORDERS as follows:

1. The Stipulation is GRANTED.

2. Plaintiff shall file and serve her response to *Defendants' Motion to Dismiss, or, in the Alternative, to Require Specificity of Claims* (Dkt. # 26) no later than November 8, 2021.

3. Defendants shall file and serve their reply in support of *Defendants' Motion to Dismiss, or, in the Alternative, to Require Specificity of Claims* (Dkt. # 26) no later than November 22, 2021.

4. The Court will issue an order scheduling the parties FRCP 26(f) conference after ruling on *Defendants' Motion to Dismiss, or, in the Alternative, to Require Specificity of Claims* (Dkt. # 26).

DATED: October 15, 2021.

s/Barbara J. Rothstein
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:
    John Barton, WSBA #25323
    TheBartonLawFirm@gmail.com
    Attorney for Plaintiff

And by:
    Jeffrey M. Edelson, WSBA #37361
    JeffEdelson@MarkowitzHerbold.com
    Attorney for Defendants

**STIPULATION AND ORDER RE: BRIEFING SCHEDULE OF DOCKET ITEM 26** - 3
NO. 2:21-cv-00549-BJR

THE BARTON LAW FIRM
1567 Highlands Dr NE Ste 110-34
Issaquah, WA 98029-6245
(425) 243-7960 TheBartonLawFirm@GMail.com