The Honorable Barbara J. Rothstein

UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RACHEL K. MCMILLAN,<br><br>          Plaintiff/Counter-Defendant,<br><br>     v.<br><br>THE CPRIDE GROUP LLC, PRIDE GROUP NW LLC, CARLENE PRIDE, UNKNOWN JOHN DOE EMPLOYEES OF DEFENDANTS, CARLENE PRIDE'S MARITAL COMMUNITY,<br><br>          Defendants/Counter-Claimants. | Case No. 2:21-cv-00549-BJR<br><br>ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT AGREEMENT |

Plaintiff/Counter-Defendant Rachel K. McMillan and Defendants/Counter-Claimants The CPride Group, LLC, Pride Group NW, LLC, Carlene Pride, and Carlene Pride's Marital Community, by and through their undersigned counsel, having filed a Stipulation to Entry of Order of Dismissal With Prejudice Pursuant to Settlement Agreement,

///

///

///

///

///

ORDER OFDISMISSAL WITH PREJUDICE PURSUANT TO
SETTLEMENT AGREEMENT - 1
Case No. 2:21-cv-00549-BJR

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON  98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

FG: 101778359.1

IT IS HEREBY ORDERED that all claims asserted between Plaintiff and Defendants are hereby dismissed with prejudice and without an award of fees or costs to either party.

Dated this 21st day of September, 2023.

                                                              Barbara Jacobs Rothstein
                                                              U.S. District Court Judge

Presented by:

BARTON LAW FIRM

*/s/ John G. Barton*
John G. Barton, WSBA #25323
1567 Highlands Dr., Suite 110-34
Issaquah, WA  98029
Telephone: 425.243.7960
TheBartonLawFirm@gmail.com

*Attorneys for Plaintiff/Counter-Defendant*

FOSTER GARVEY PC

*/s/ Devra R. Cohen*
Benjamin J. Hodges, WSBA #49301
Devra R. Cohen, WSBA #49952
1111 Third Avenue, Suite 3000
Seattle, WA  98101
Telephone: 206.447.4400
ben.hodges@foster.com
devra.cohen@foster.com

*Attorneys for Defendants/Counter-Claimants*

ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT AGREEMENT - 2
Case No. 2:21-cv-00549-BJR

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON  98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

FG: 101778359.1